**Order filed August 29, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00548-CV
_____

**AIMS STORES, LLC AND MOHAMMED ADDUL KADER, Appellants**

**V.**

**ALEXANDER OIL COMPANY, Appellee**

---

**On Appeal from the County Court at Law**
**Washington County, Texas**
**Trial Court Cause No. 2011-043**

---

# O R D E R

The notice of appeal in this case was filed June 24, 2013. The clerk's record was filed July 17, 2013. To date, the filing fee of $175.00 has not been paid. No evidence that appellant Mohammed Addul Kader has established indigence has been filed. _See_ Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the clerk of this court on or before **September 16, 2013.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM